ACCEPTED
01-13-00903-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/30/2014 12:16:46 PM
CHRISTOPHER PRINE
CLERK

IN THE
FIRST COURT OF APPEALS
OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/30/2014 12:16:46 PM
CHRISTOPHER A. PRINE
Clerk

| IGNACIO MARTIN GONZALEZ | § | |
| | § | CASE NOS. |
| VS. | § | 01-13-00903-CR, |
| | § | 01-13-00904-CR, & |
| THE STATE OF TEXAS | § | 01-13-00905-CR |

CERTIFICATION OF NOTIFICATION OF RIGHT TO FILE *PRO SE* PETITION FOR DISCRETIONARY REVIEW

Daucie Schindler, counsel for Appellant in this case, respectfully informs the Court that counsel has complied with Rule 48.4 by providing a copy of the opinion in this case to Appellant and informing Appellant of the right to file a *pro se* petition for discretionary review. The Certified Mail number for confirmation is 7010 1870 0000 4698 6553.

Respectfully submitted,

Harris County Public Defender's Office
1201 Franklin Street, 13th Floor
Houston, Texas 77002

*/s/ Daucie Schindler*
Daucie Schindler
*Assistant Public Defender*
Texas Bar Number 24013495
Daucie.Schindler@pdo.hctx.net
(713) 368-0016